UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
03-CR-398(3)(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Nicole Leigh Neadeau | ) | |

This matter is before the Court on a petition for violation of supervised release imposed by this Court on December 21, 2004.  The Court finds defendant violated the terms of her supervised release when she admitted to using alcohol, smoking cocaine base, and violating curfew on April 18, 2005.  This constitutes a class C violation.  See U.S.S.G. § 7B1.1(a)(3).  Based upon a criminal history category of I, the Guidelines recommend a term of imprisonment of 3-9 months.  See U.S.S.G. § 7B1.4.  Defendant has been in custody since April 18, 2005.

Having considered the Guidelines' policy statements, and having heard defendant's argument, IT IS ORDERED that:

1. Defendant is sentenced to time served.

2. Defendant's supervised release conditions shall be modified to include the following terms:

> A. Defendant shall participate in a drug treatment program at RS Eden, where she will complete a 120-day inpatient care program, as directed by the probation officer.

      B.    Defendant shall complete a 120-day outpatient drug treatment program at RS Eden, as directed by the probation officer.

3.    Upon completion of the above conditions, defendant will be discharged from the remaining term of her supervised release.

4.    The U.S. Marshal is directed to deliver defendant to the RS Eden care facility on May 10, 2005.

Dated:  May 11th, 2005

    s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge